FILED
SEP 11 2026
Clerk, U.S. District Court
Greensboro, NC
BY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REZELL [NMN] ALSTON, IV, )
)
Petitioner, )
) 1:18-cr-181-1
v. ) 1:23-cv-517
)
UNITED STATES OF AMERICA, )
)
Respondent. )

**ORDER**

This matter is before the court for review of the Memorandum Opinion and Recommendation ("Recommendation") filed on August 18, 2026, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 63.) In the Recommendation, the Magistrate Judge recommends that Petitioner's Section 2255 Motion should be denied and Petitioner's new claim should be denied as both untimely and meritless. The Recommendation was served on Petitioner in this action on August 18, 2026. (Doc. 64.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 63), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence, (Doc. 48), as amended by the Motion to Amend, (Doc. 53), is **DENIED** and this action is hereby **DISMISSED.**

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 11th day of September, 2026.

William L. Osteen, Jr.
United States District Judge